IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| CHARDON, LLC, *et al.*, | ) | Case No. 13-81372 (TML) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| | ) | Honorable Thomas M. Lynch |

## AGREED ORDER REGARDING EXPERT DISCOVERY IN CONTESTED MATTERS

THIS MATTER COMING BEFORE THE COURT on December 30, 2013, for status on (I) Debtors' Application for Entry of an Order Authorizing the Debtors to Employ Neal Wolf & Associates, LLC as Counsel To Debtors (Dkt. No. 56) and the objections thereto (Dkt. Nos. 174, 190, and 209) of FirstMerit Bank, N.A., ColFin BAMO II Funding A, LLC's (collectively, "Lenders"), and the U.S. Trustee, (II) Motions for Appointment of Chapter 11 Trustee (Dkt. Nos. 138-144, 148) of Lenders, and (III) Debtors' Application for Entry of an Order Authorizing Each of the Debtors to Employ Plante & Moran, PLLC as its Accountant and Financial Consultant (Dkt. No. 218) and the objections thereto (Dkt. Nos. 235 and 267) of Lenders and the U.S. Trustee (all such applications, motions, objections and related filings by the parties shall be collectively referred to herein as the "Contested Matters"); the Court having jurisdiction over the Contested Matters and the parties hereto; the parties having agreed to an expert discovery schedule in the Contested Matters; and the Court having found that good cause exists to grant the relief set forth herein;

IT IS HEREBY ORDERED THAT:

1. On or before February 7, 2014, Debtors' expert, Plante & Moran, PLLC ("P&M") shall produce to Lenders and the U.S. Trustee its expert report in connection with the Contested Matters.

46479035.2

2. On or before February 28, 2014, the parties shall complete expert discovery in the Contested Matters, including depositions of P&M and Lenders' expert, O'Keefe & Associates Consulting, LLC.

3. A final pretrial conference with respect to the Contested Matters shall be held on March 24, 2014, at 1:30 p.m., for purposes of scheduling an evidentiary hearing on the Contested Matters and setting applicable deadlines relating thereto.

ENTER:

JAN 27 2014

_____
UNITED STATES BANKRUPTCY JUDGE

Order prepared by:

Jerry L. Switzer, Jr. (#6210229)
Anthony C. Porcelli (#6225868)
POLSINELLI PC
161 N. Clark Street, Suite 4200
Chicago, Illinois 60601
Telephone : (312) 819-1900
Facsimile: (312) 819-1910
jswitzer@polsinelli.com
aporcelli@polsienll.com

*Counsel to Colfin BAMO II Funding A, LLC*

2

46479035.2